UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 04-0804M-01 (CR) |
| | : | |
| **KHALED MOHAMED SHABBAN,** | : | VIOLATIONS: 18 U.S.C. § 1204 |
| **also known as Khaled Shabban,** | : | (International Parental Kidnaping) |
| **also known as Khaled Rashad,** | : | |
| **also known as Khaled Muhamad Rashad** | : | |
| **Shabban,** | : | |
| **Defendant.** | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

From on or about November 1, 2004, through at least on or about September 25, 2006, within the District of Columbia and elsewhere, **KHALED MOHAMED SHABBAN, also known as Khaled Shabban, also known as Khaled Rashad, also known as Khaled Muhamad Rashad Shabban**, did remove A.K.S., a child under the age of sixteen years, from the United States and did retain A.K.S., who had been in the United States, outside of the United States, with the intent to obstruct the lawful exercise of parental rights.

(**International Parental Kidnaping**, in violation of Title 18, United State Code, Section 1204)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia