06-290(RMC)

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

SEALED

ROBERT C. HEINEMANN
    CLERK

DATE : 9/27/06

RE :      U.S.A.    V.    Khaled Mohamed Rashad

Magistrate Docket Number : 06-1006M
District of   Columbia      Case Number :   04-804-M

FILED
SEP 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Sir/Madam :

Enclosed please find certified copies of our entire file in the above captioned Rule 5 Removal proceeding regarding defendant :

                    Khaled Mohamed Rashad

Please acknowledge receipt of same by mailing back to our office the enclosed copy of this letter signed and dated.

Respectfully,

   Felix Chin

Criminal Arraignment Clerk
(718) 613-2620

ACKNOWLEDGMENT _____

DISTRICT OF _____

CLOSED

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:06-mj-01006-SMG-ALL
## Internal Use Only

Case title: USA v. Rashad                                Date Filed: 09/26/2006

Assigned to: Magistrate-Judge Steven M. Gold

**Defendant**

**Khaled Mohamed Rashad** (1)                 represented by **Michael K. Schneider**
TERMINATED: 09/26/2006                                      Federal Defenders of New York, Inc.
*also known as*                                             16 Court Street
Khaled Mohamed Shabban (1)                                  3rd Floor
TERMINATED: 09/26/2006                                      Brooklyn, NY 11241
*also known as*                                             718-330-1200
Khaled Shabban (1)                                          Fax: 718-855-0760
TERMINATED: 09/26/2006                                      Email: michael_schneider@fd.org
*also known as*                                             *LEAD ATTORNEY*
Khaled Rashad (1)                                           *ATTORNEY TO BE NOTICED*
TERMINATED: 09/26/2006                                      *Designation: Public Defender or*
*also known as*                                             *Community Defender Appointment*
Khaled Muhamed Rashad Shabban (1)
TERMINATED: 09/26/2006

**Pending Counts**                                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                       **Disposition**

None

A TRUE COPY
ATTEST 7/27 20 08
DATE...........
ROBERT C. HEINEMAN
................................. CLERK
BY........ 7 cl ............. DEPUTY CLERK

**Highest Offense Level (Terminated)**

None

**Complaints**                                              **Disposition**

18USC1204 removing a child from the
U.S. and retaining a child (who had
been in the U.S.) outside of the U.S.
with intent to obstruct the lawful
exercise of parental rights

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2006 | 1 | RULE 5 AFFIDAVIT/REMOVAL TO THE DISTRICT OF COLUMBIA by USA as to Khaled Mohamed Rashad (Chin, Felix) (Entered: 09/27/2006) |
| 09/26/2006 |  | Arrest (Rule 5) of Khaled Mohamed Rashad (Chin, Felix) (Entered: 09/27/2006) |
| 09/26/2006 | 2 | Minute Entry for proceedings held before Steven M. Gold :Initial Appearance in Rule 5(c)(3) Proceedings as to Khaled Mohamed Rashad held on 9/26/2006. AUSA Anthony Kyriakakis present. Dft present w/federal defender Michael Schneider. Arabic interpreter Mr. Sassi present. Removal proceeding to the District of Columbia hearing held. Removal hearing waived. Commitment to another district order entered. (Log # 9/26/06 4:11-4:19.) (Chin, Felix) (Entered: 09/27/2006) |
| 09/26/2006 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Khaled Mohamed Rashad. Defendant committed to District of Columbia . Ordered by Judge Steven M. Gold on 9/26/06. (Chin, Felix) (Entered: 09/27/2006) |
| 09/26/2006 | 4 | WAIVER of Rule 5(c)(3) Hearing by Khaled Mohamed Rashad (Chin, Felix) (Entered: 09/27/2006) |
| 09/26/2006 | 5 | CJA 23 Financial Affidavit by Khaled Mohamed Rashad (Chin, Felix) (Entered: 09/27/2006) |
| 09/26/2006 |  | ***Case Terminated as to Khaled Mohamed Rashad, ***Terminated defendant Khaled Mohamed Rashad, pending deadlines, and motions. (Chin, Felix) (Entered: 09/27/2006) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M06-1006

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

KHALED MOHAMED RASHAD,
   also known as
   "Khaled Mohamed Shabban,"
   "Khaled Shabban,"
   "Khaled Rashad" and
   "Khaled Muhamed Rashad Shabban,"

        Defendant.

REMOVAL TO THE
DISTRICT OF COLUMBIA

(Fed. R. Crim. P. 5)

- - - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

     ANTHONY WILLETT, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

     Upon information and belief, on or about December 22, 2004, a warrant was issued by the United States District Court for the District of Columbia commanding the arrest of the defendant KHALED MOHAMED RASHAD, also known as "Khaled Mohamed Shabban," "Khaled Shabban," "Khaled Rashad" and "Khaled Muhamed Rashad Shabban," pursuant to criminal complaint charging him with removing a child from the United States and retaining a child (who had been in the United States) outside of the United States with intent to obstruct the lawful exercise of parental rights in violation of Title 18, United States Code, Section 1204.

2

The source of your deponent's information and the grounds for his belief are as follows:

1. On or about December 22, 2004, the defendant KHALED MOHAMED RASHAD was charged in a criminal complaint in the District of Columbia with removing a child from the United States and retaining a child (who had been in the United States) outside of the United States with intent to obstruct the lawful exercise of parental rights in violation of Title 18, United States Code, Section 1204. A copy of the criminal complaint and supporting affidavit is attached hereto.

2. On or about December 22, 2004, a warrant for the arrest of the defendant KHALED MOHAMED RASHAD was issued by a United States Magistrate Judge for the United States District Court for the District of Columbia. A copy of the arrest warrant is attached hereto.

3. I have been assisting the Washington Field Office ("WFO") of the FBI with this investigation since approximately September 20, 2006. On or about September 23, 2006, a Special Agent from the WFO informed me that the defendant was expected to arrive into New York aboard a flight from Cairo, Egypt on September 25, 2006, based on information provided by the mother of the son of the defendant KHALED MOHAMED RASHAD. Records from EgyptAir confirmed that the defendant had made a reservation to travel from Cairo, Egypt to John F. Kennedy International Airport ("JFK Airport") in New York, arriving on September 25, 2006.

3

4.  On or about September 25, 2006 at approximately 9:00 a.m., a review of customs records confirmed that the defendant KHALED MOHAMED RASHAD and his son were onboard EgyptAir Flight No. 985 from Cairo, Egypt to JFK Airport. The flight arrived at approximately 3:30 p.m. After the defendant was interviewed by immigration officials, who issued an immigration detainer on the defendant, I and other FBI agents met with the defendant, informed him of the arrest warrant and placed him under arrest. One of the FBI agents who was familiar with the defendant's appearance confirmed that the defendant KHALED MOHAMED RASHAD was the same person who was wanted pursuant to the arrest warrant issued in the District of Columbia. The defendant's son, who was traveling with the defendant, was brought over to his mother, who was waiting in another room at JFK Airport. The mother identified the son of the defendant as her son. An Egyptian passport and United States visa carried by the defendant listed the defendant's birth date as July 12, 1965, the same date of birth known by FBI agents to have been used and provided on multiple occasions by the "Khaled Mohamed Rashad"

4

wanted in the District of Columbia.

WHEREFORE, it is requested that the defendant KHALED MOHAMED RASHAD be removed to the District of Columbia so that he may be dealt with according to law.

ANTHONY WILLETT
Special Agent, FBI

Sworn to before me this
26th day of September 2006

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

A TRUE COPY
ATTEST
DATE....9/27..20..06..
ROBERT C. HEINEMAN
BY......J.a.........CLERK
DEPUTY CLERK

# United States District Court

## For The District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| Khaled Mohamed Shabban, <br> aka Khaled Shabban, aka Khaled Rashad, <br> aka Khaled Muhamad Rashad Shabban <br> DOB: 1-12-1965 <br> PDID: | **FILED** CASE NUMBER: 04-804-M-01 <br> DEC 2 2 2004 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| (Name and Address of Defendant) | United States District Court <br> For the District of Columbia <br> A TRUE COPY <br> NANCY MAYER WHITTINGTON, Clerk <br> By _____ <br> Deputy Clerk |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about <u>November 21, 2004</u>, through, at least, on or about <u>December 1, 2004</u>, in the District of <u>Columbia</u>, defendant did, (Track Statutory Language of Offense)

remove a child from the United States and retain a child (who had been in the United States) outside the United States with intent to obstruct the lawful exercise of parental rights

in violation of Title __18__ United States Code, Section(s) __1204__.

I further state that I am __Willie Randolph, Detective with the Metropolitan Police Department__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

X __Willie Randolph__
Signature of Complainant
Willie Randolph, Detective
Metropolitan Police Department

AUSA, Angela Schmidt (202) 514-7272
Sworn to before me and subscribed in my presence,

DEC 2 2 2004        at        Washington, D.C.
Date                            City and State

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer          Signature of Judicial Officer

3

AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND CRIMINAL COMPLAINT
FOR KHALED MOHAMED SHABBAN,
AKA KHALED SHABBAN, AKA KHALED RASHAD,
AKA KHALED MUHAMAD RASHAD SHABBAN (DOB 1/12/65)

I, Willie Randolph, being duly sworn, depose and state the following:

1. I am a Detective for the District of Columbia Metropolitan Police Department, assigned to the Youth and Preventative Services Division. I am currently assigned to investigations relating to Critical Missing Juveniles, including Parental Kidnapping and International Parental Kidnapping.

2. This affidavit is being submitted in support of an arrest warrant for Khaled Mohamed Shabban, aka Khaled Shabban, aka Khaled Rashad, aka Khaled Muhamad Rashad Shabban, for violations 18 U.S.C. § 1204.

3. This affidavit is based on my own investigation and on the investigation of other law enforcement officers with whom I have spoken or whose reports I have received as well as interviews with witnesses.

4. The facts set forth in this affidavit do not represent my entire knowledge of this matter. Rather, the facts set forth are merely for the limited purpose of establishing probable cause.

5. This investigation concerns the International Parental Kidnapping of A.K.S., a minor child whose full name is known to your affiant, by his father, Khaled Mohamed Shabban. The applicable Federal statute, 18 U.S.C. § 1204, states in pertinent part:

    (a) Whoever removes a child from the United States, or attempts to do so, or retains a child (who has been in the United States) outside the United States with intent to obstruct the lawful exercise of parental rights shall be fined under this title or imprisoned not more than three years, or both.

    (b) As used in this section --
        (2) the term "parental rights", with respect to a child, means the right to physical custody of the child --
            (A) whether joint or sole (and includes visiting rights); and
            (B) whether arising by operation of law, court order, or legally binding agreement of the parties.

6. The complainant, Araceli Hernandez, and Khaled Mohamed Shabban, DOB 01/12/65, are the parents of A.K.S., who was born in the United States on 8/25/01. Araceli Hernandez states she has lived in the United States for eight (8) years. Khaled Mohamed Shabban is an Egyptian citizen, and currently holds

passport #1410395 issued by Saudi Arabia. Khaled Mohamed Shabban is also known as Khaled Rashad, Khaled Muhamad Rashad Shabban, and Khalid Shabban. He is 5'7" tall, weighs approximately 180 pounds, and has brown eyes, a light to medium complexion, and salt and pepper hair.

7. Khaled Mohamed Shabban and Araceli Hernandez are not currently and have not previously been married. The couple lived together for six months after the birth of the child. On 11/15/01, Khaled Mohamed Shabban agreed to a consent custody order, # 01DR 2717, in the Superior Court for the District of Columbia. The order, which was signed by Judge Ann O. Keary, in pertinent part granted Araceli Hernandez primary physical custody, gave Khaled Mohamed Shabban rights to "unsupervised and liberal visitation," and also stated that "[t]he child shall not be removed from the country without the express, written consent of both parties."

8. On 6/17/02, a consent order for modification of the custody order was filed in D.C. Superior Court. The order modified the visitation provision of the original custody order by delineating specific days and times on which visitation was to take place. The modification order was signed by both parties, although not by a judge.

9. At approximately 10:00 a.m. on 11/21/04, Khaled Mohamed Shabban picked up A.K.S. from Araceli Hernandez's residence at 2705 11th Street, Northeast, # 1, Washington, D.C., in accordance with the visitation rights set out in the custody orders. Khaled Mohamed Shabban agreed to return the child by 6:00 p.m., also in accordance with the visitation rights set out in the custody orders.

10. On 11/21/04, Khaled Mohamed Shabban failed to return A.K.S. at 6:00 p.m. as agreed and as required by the custody orders. At around 10:00 p.m., after receiving no word from Khaled Mohamed Shabban on the whereabouts or welfare of A.K.S., Araceli Hernandez filed a critical missing person's report (# 160-398) with the Metropolitan Police Department.

11. On 11/22/04, A.K.S. was entered in NCIC and WALES as missing involuntarily. The U.S Justice Department – INTERPOL was notified and a Yellow Notice application was completed. Also notified were the National Center for Missing and Exploited Children (case # 1002782), the U.S. State Department, the Federal Bureau of Investigation (FBI) and all area airports.

12. On 11/22/04, an interview was conducted with a witness who was Khaled Mohamed Shabban's roommate in November 2004 and for several months prior. The witness stated that on 11/20/04, at Khaled Mohamed Shabban's request, it drove Khaled Mohamed Shabban to Dulles Airport for the purpose of dropping off his luggage. The witness further stated that Khaled Mohamed Shabban went into the airport with his luggage, and later returned angry because he was not allowed to check his luggage so far in advance of his flight. The witness also

stated Khaled Mohamed Shabban has removed all of his belongings that were of any value from the apartment.

13. On 11/29/04, FBI Special Agent Glenn Mai notified the Affiant that individuals using the names Khaled Rashad and Ayman Rashad on 11/21/04 boarded Al Italia flight # 623 leaving from Dulles International Airport and traveling to Milan, Italy, continuing on 11/22/04 on Al Italia flight #882 from Milan, Italy to Cairo, Egypt. The tickets for these flights were issued on 11/16/04.

14. On 12/1/04, Arcaceli Hernandez reported to the Affiant that Khaled Mohamed Shabban had telephoned her on 11/30/04, and stated that their child was okay and that they are in Egypt. Arcaeli Hernandez further reported that Khaled Mohamed Shabban asked her to join them in Egypt and told her not to go to the police if she wanted to see the child again.

15. Based upon the facts set forth above, your Affiant has probable cause to believe that Khaled Mohamed Shabban, aka Khaled Shabban, aka Khaled Rashad, aka Khaled Muhamad Rashad Shabban, removed A.K.S. from the United States, and still retains him, with the intent to obstruct his mother, Arcaeli Hernandez, from the lawful exercise of her parental rights, in violation of 18 U.S.C. §1204.

x_____
Detective Willie Randolph
Metropolitan Police Department

DEC 22 2004
Subscribed and sworn to before me this
\_\_\_\_\_ day of December 2004.

_____
UNITED STATES MAGISTRATE JUDGE
District of Columbia

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Khaled Mohamed Shabban
aka Khaled Shabban, aka Khaled Rashad,
aka Khaled Muhamad Rashad Shabban

## WARRANT FOR ARREST

CASE NUMBER: 04-804-M-09

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Khaled Mohamed Shabban__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

International Parental Kidnapping

7th Flr

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

in violation of Title __18__ United States Code, Section(s) __1204__.

JOHN M. F...
U.S. MAG...

Name of Issuing Officer                          Title of Issuing Officer

[signature]                                      DEC 22 2004

Signature of Issuing Officer                     Date and Location

Bail fixed at $ __PWOB__                         by _____
                                                 Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

## M06-1006

1) Magistrate Case Number: __M06-1006__
2) Defendant's Name: __Rashad__ __Khaled__ __Mohamed__
   (Last)           (First)          (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ✓ Yes ___ No    Other District: __District of Columbia__
8) Name of Interpreter used today: __Mr. Sassi__  Language: __Arabic__
9) Arraignment on complaint held: ✓ Yes ___ No  Date/Time: __9/26/06__
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ___
11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: ✓
    (b) Removal Hearing set for: _____; or waived: ✓
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Anthony Kyriakakis__
14) DEFENSE COUNSEL'S NAME: __Michael Schneider__
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ✓ RET: ___
    Telephone Number: ( ) _____
15) LOG #: __SMG ( 4:11 pm - 4:19 pm )__  MAG. JUDGE: __Steven M. Gold__
16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: __Commitment order entered. Deft to be removed in custody to Dist. of Columbia__

17) Complaint/Affidavit/Indictment unsealed: ___ Yes ___ No

A TRUE COPY
ATTEST 9/27/2006
DATE ...................
ROBERT C. HEINEMAN
................... 20___ CLERK
BY ................... 
DEPUTY CLERK

SO ORDERED ON THIS ___ DAY OF _____

UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

District of ―――――

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. Khaled Mohamed Rashad | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 06-1006M | 04-809M-01 |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☐ Indictment  ☐ Information  ☑ Complaint  ☐ Other (specify)

charging a violation of  18  U.S.C. §  1204

DISTRICT OF OFFENSE   Dist. of Columbia

DESCRIPTION OF CHARGES: Remove a child from the U.S. and retain a child (who had been in the U.S.) outside the U.S. w/ intent to obstruct the lawful exercise of parental rights.

CURRENT BOND STATUS:

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:  ☐ Retained Own Counsel  ☑ Federal Defender Organization  ☐ CJA Attorney  ☐ None

Interpreter Required?  ☐ No  ☑ Yes    Language:  Arabic

DISTRICT OF

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/20/06
_____        _____
Date                                    United States Judge or Magistrate Judge

RETURN

This commitment was received and executed as follows:

A TRUE COPY
ATTEST  9/27 20 06
ROBERT C. HEINEMAN

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | BY: BY DEPUTY MARSHAL |

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ NEW YORK _____

UNITED STATES OF AMERICA

V.

Khaled Mohamed Rashad

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

CASE NUMBER: 06 - 1156 m

I, Khaled Mohamed Rashad, understand that in the District of Columbia charges are pending alleging violation of 18 U.S.C. 1204 and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

(X) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

A TRUE COPY
ATTEST
DATE 9/27/20 06
ROBERT C. HEINEMAN
BY _____ CLERK
DEPUTY CLERK

9/26/06
_____
Date

_____
Defendant

_____
Defense Counsel