AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Khaled Mohamed Shabban
aka Khaled Shabban, aka Khaled Rashad,
aka Khaled Muhamad Rashad Shabban

**WARRANT FOR ARREST**

CASE NUMBER: 04-804-M-01
06-290 CR-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Khaled Mohamed Shabban__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

International Parental Kidnapping

in violation of Title __18__ United States Code, Section(s) __1204__.

Name of Issuing Officer: JOHN M. FACCIOLA
Signature of Issuing Officer: [signature]
Title of Issuing Officer: U.S. MAGISTRATE JUDGE
Date and Location: DEC 22 2004, District of Columbia

Bail fixed at $ __HWOB__   by _____
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-22-04 | DAVID BALDWIN SDUSM | [signature] David Baldwin |
| DATE OF ARREST 10-11-06 | | |