**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 06-290 (RMC)** |
| ) | |
| **KHALED MOHAMED SHABBAN** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ENTRY OF APPEARANCE

Defendant Khaled Mohamed Shabban, by and through undersigned counsel, hereby moves this Honorable Court to enter the appearance of Steven J. McCool, Esquire and Daniel T. McNamara, Esquire (D.C. Bar No. 494834) to represent Mr. Shabban in the above-captioned case.

Respectfully submitted,

_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W.
Suite 200
Washington, D.C. 20006
(202) 393-7088

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th of February 2007, the foregoing Entry of Appearance was served by electronic filing upon:

Angela Schmidt
U.S. Attorney's Office
 for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530

_____/s/_____
Steven J. McCool