IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-290 (RMC) |
| ) | |
| KHALED MOHAMED SHABBAN ) | |
| ) | |
| Defendant. ) | |
| _____) | |

DEFENDANT KHALED SHABBAN'S MOTION FOR LEAVE TO FILE ADDITIONAL
MOTIONS AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Khaled Shabban, by and through undersigned counsel, pursuant to the Fifth and Sixth Amendments to the United States Constitution and Rule 45 of the Federal Rules of Criminal Procedure, respectfully moves this Court for leave to file additional motions, if necessary. In support of this motion, Mr. Shabban submits the following.

Undersigned counsel was recently appointed to represent Mr. Shabban in the above-captioned case. The trial of this case is scheduled to commence during the week of July 30, 2007. The Court has ordered Mr. Shabban to file a motion to suppress statements, if appropriate, on or before February 15, 2007. Mr. Shabban has prepared and will file with the Court a motion to suppress statements within the time period set by the Court. Undersigned counsel has attempted to raise all pertinent issues in a timely fashion. Given that counsel has not yet completed his investigation in this matter, however, it may be necessary to advance additional motions.

WHEREFORE, Khaled Shabban respectfully requests leave to file additional motions if necessary.

Respectfully submitted,

_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W.
Suite 200
Washington, D.C. 20006
(202) 393-7088

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 15th of February 2007, the foregoing Motion for Leave to File Additional Motions was served by electronic filing upon:

Angela Schmidt
U.S. Attorney's Office
 for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530

                                                _____/s/_____
                                                Steven J. McCool

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No.  06-290 (RMC) |
| ) | |
| KHALED MOHAMED SHABBAN ) | |
| ) | |
| Defendant.              ) | |
| _____) | |

## ORDER

Upon consideration of Defendant Shabban's Motion for Leave to File Additional Motions, the government's response thereto, and the entire record in this matter, it is this ___ day of February 2007, hereby

**ORDERED**, that Defendant Shabban's motion is granted.

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE