IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.  06-290 (RMC) |
| ) | |
| KHALED MOHAMED SHABBAN ) | |
| ) | |
| Defendant. ) | |
| _____) | |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE ADDITIONAL
MOTIONS AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Khaled Shabban, by and through undersigned counsel, pursuant to Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure, respectfully moves this Court for leave to file additional motions, if necessary. In support of this motion, Mr. Shabban submits the following.

The government provided additional discovery in the above-captioned case last week. Also, undersigned counsel is scheduled to meet with Special Agent Shane Dana on March 29, 2007 to review property. The trial of this case is scheduled to commence during the week of July 30, 2007. Given that counsel has not yet completed his investigation and his review of all discovery in this matter, however, it may be necessary to advance additional motions.

AUSA Angela Schmidt has represented to undersigned counsel that the government does not object to the relief sought herein.

WHEREFORE, Khaled Shabban respectfully requests leave to file additional motions if necessary.

                                              Respectfully submitted,

                                              _____/s/_____
                                              STEVEN J. McCOOL
                                              D.C. Bar No. 429369
                                              MALLON & McCOOL, LLC
                                              1776 K Street, N.W., Suite 200
                                              Washington, D.C. 20006
                                              (202) 393-7088

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd of March 2007, the foregoing Motion for Leave to File Additional Motions was served by electronic filing upon:

Angela Schmidt
U.S. Attorney's Office
 for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530

                                                    _____/s/_____
                                                    Steven J. McCool

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 06-290 (RMC)** |
| ) | |
| **KHALED MOHAMED SHABBAN** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant Shabban's Motion for an Extension of Time to File Additional Motions, the government's consent, and the entire record in this matter, it is this ___ day of March 2007, hereby

**ORDERED**, that Defendant Shabban's motion is granted, and it is hereby

**FURTHER ORDERED**, that Defendant Shabban shall file any additional motions on or before May 16, 2007.

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE