**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-290 (RMC) |
| ) | |
| KHALED MOHAMED SHABBAN ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**KHALED MOHAMED SHABBAN'S MOTION FOR NOTICE OF GOVERNMENT'S INTENTION TO INVOKE RESIDUAL HEARSAY EXCEPTION UNDER RULE 807 AND INCORORATED MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Khaled Mohamed Shabban, by and through undersigned counsel, pursuant to Rule 807 of the Federal Rules of Evidence, respectfully moves the Court for an order requiring the government to provide notice of its intent to offer any statement, not specifically covered by the hearsay exceptions set forth in Rule 803(1) through (24) and Rule 804(b)(1) through (6), but allegedly having equivalent circumstantial guarantees of trustworthiness, and to provide notice of the particulars of the statement, including the name and address of the declarant.

Rule 803 of the Federal Rules of Evidence sets forth specific hearsay exceptions even though the declarant is available as a witness. Rule 804 sets forth specific exceptions applicable when a declarant is unavailable as a witness. Rule 807 is a residual hearsay exception for the admission of a statement not specifically covered by any of the previous 24 exceptions listed in Rule 803 and Rule 804(b). As a prerequisite for admitting a statement under Rule 807, however, a proponent is required to meet the following standard:

> [A] statement may not be admitted under this exception unless the proponent of it *makes known to the adverse party sufficiently in advance of the trial or hearing to provide the adverse party with a fair opportunity to prepare to meet it*, the proponent's intention to offer the statement and the particulars of it, including the name and address of the declarant.

Fed. R. Evid. 807 (emphasis added).

    By this motion, it is our intention to place the government on notice that we seek advance notice of any such statements.

                                             Respectfully submitted,

                                             _____/s/_____
                                             STEVEN J. McCOOL
                                           D.C. Bar No. 429369
                                           DANIEL T. McNAMARA
                                           D.C. Bar No. 494834
                                           MALLON & McCOOL, LLC
                                           1776 K Street, N.W.
                                           Suite 200
                                           Washington, D.C. 20006
                                           (202) 393-7088

                                           Counsel for Khaled Mohamed Shabban

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April 2007, the foregoing Motion for Notice by the Government Pursuant to Rule 12 of its Intention to Use Specific Evidence Arguably Subject to Suppression and Memorandum of Law in Support thereof was served by electronic filing upon:

Angela Schmidt
U.S. Attorney's Office
  for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530

_____/s/_____
STEVEN J. McCOOL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.  06-290 (RMC) |
| ) | |
| KHALED MOHAMED SHABBAN ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Upon consideration of Defendant Khaled Mohamed Shabban's Motion, pursuant to Rule 807 of the Federal Rules of Evidence, for an order requiring the government to provide notice of its intent to offer any statement, not specifically covered by the hearsay exceptions set forth in Rule 803(1) through (24) and Rule 804(b)(1) through (6), the Incorporated Memorandum of Points and Authorities, the government's response thereto, and the entire record in this case, it is this ____ day of April 2007, hereby

ORDERED that Defendant Shabban's motion is granted; and the government shall provide notice of its intent to use any such statements 30 days before trial.

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE