IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-290 (TFH) |
| ) | |
| KHALED MOHAMED SHABBAN ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MOTION FOR DEFENDANT'S RELOCATION WITH
INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Khaled Mohamed Shabban, by and through undersigned counsel, hereby moves this Court to order his relocation from the District of Columbia Jail to the District of Columbia's Correctional Treatment Facility (CTF).

1.  On or about September 28, 2006, Mr. Shabban was charged by way of indictment with violation the International Parental Kidnapping Crime Act (18 U.S.C. § 1204).

2.  Mr. Shabban was held at the District of Columbia Department of Corrections, Central Detention Facility (D.C. Jail) for approximately two months. He was transferred to CTF.

3.  In April of 2007, Mr. Shabban was removed from CTF and mistakenly transferred to a federal correctional facility in Philadelphia. The mistake was discovered within days and Mr. Shabban was transferred back to the District of Columbia. He was returned to the D.C. Jail, not CTF. Mr. Shabban now requests that he be transferred back to CTF for safety and religious reasons.

Respectfully submitted,


_____/s/_____
DANIEL MCNAMARA
D.C. Bar No. 4949834
MALLON & McCOOL, LLC
1776 K Street, N.W.
Suite 200
Washington, D.C. 20006
(202) 393-7088

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd of May 2007, the foregoing Motion for Relocation of Defendant with Incorporated Memorandum of Points and Authorities was served by electronic filing upon:

Angela Schmidt
U.S. Attorney's Office
 for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530


_____/s/_____
DANIEL MCNAMARA

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 06-290 (TFH)** |
| ) | |
| **KHALED MOHAMED SHABBAN** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER

Upon consideration of Defendant's Motion for Relocation, the memorandum of points and authorities in support thereof, any response thereto, and the entire record in this matter, it is this ___ day of May, 2007, hereby

**ORDERED**, that defendant's motion is granted; and it is further

**ORDERED**, that the District of Columbia Department of Corrections shall immediately transfer Khaled Mohamed Shabban to the Correctional Treatment Facility.

.

_____
THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE