UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 06-290 (TFH) |
| | : | |
| KHALED MOHAMED SHABBAN, | : | |
| also known as Khaled Shabban, | : | |
| also known as Khaled Rashad, | : | |
| also known as Khaled Muhamad Rashad Shabban, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE CERTIFIED
BUSINESS RECORDS UNDER F.R.E. 803(6) AND 902(11)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby serves notice of its intent to introduce the following certified business records, under Rules 803(6) and 902(11) of the Federal Rules of Evidence.

1. Alitialia records of travel by Ayman and Khaled Rashad on flight 623 from Dulles International Airport to Cairo, Egypt on November 21, 2004.

2. Egypt Air records of travel by Mohamed Rashad Khaled and Ayman Shabban on flight MS985 from Cairo, Egypt to JFK International Airport on September 25, 2006.

3. The records the government will seek to introduce through certification have been provided or made available in discovery.

4. Records custodians have completed written declarations in a form similar to that attached hereto as "Exhibit A."

WHEREFORE, the government submits its notice of intent to introduce certified business records, under Rules 803(6) and 902(11), of the Federal Rules of Evidence.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY

    /s/
    _____
    ANGELA G. SCHMIDT
    Texas Bar No. 17764980
    Assistant United States Attorney
    555 Fourth Street, N.W., 4th floor
    Washington, D.C. 20530
    (202) 514-7273
    Angela.Schmidt@usdoj.gov

ATTACHMENT A
Declaration of Custodian of Records

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is _____.
(name of declarant)

    I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Angela G. Schmidt, requesting specified records of the people named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) of the Federal Rules of Evidence (Fed.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. December 1, 2000), I hereby certify that the records attached hereto

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on _____.
(date)

_____
(signature of declarant)

_____
(name of declarant)

_____
(name of business)

_____
(business address)

Definitions of terms used above:
As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.