IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
) Criminal No. 06-290 (TFH)
v. )
)
KHALED MOHAMED SHABBAN )
)
)
Defendant. )
)

## ORDER

Upon consideration of Defendant's Motion for Relocation, the memorandum of points and authorities in support thereof, any response thereto, and the entire record in this matter, it is this 21st day of May, 2007, hereby

**ORDERED**, that defendant's motion is granted; and it is further

**ORDERED**, that the District of Columbia Department of Corrections shall immediately transfer Khaled Mohamed Shabban to the Correctional Treatment Facility.

_____
THE HONORABLE THOMAS E. HOGAN
UNITED STATES DISTRICT JUDGE