UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-290 (TFH)** |
| v. | : | GRAND JURY ORIGINAL |
| **KHALED MOHAMED SHABBAN,** | : | VIOLATIONS: 18 U.S.C. § 1204 |
| **also known as Khaled Rashad,** | : | (International Parental Kidnaping) |
| **also known as Khaled Mohamed Rashad** | : | |
| **Mohamed Mahmoud Shabban,** | : | |
| **also known as Khaled Mohamed Rashad** | : | |
| **Mohamed,** | : | |
| **also known as Mohamed Rashad Khaled,** | : | |
| **Defendant.** | : | |

# **I N D I C T M E N T**

The Grand Jury charges that:

## **COUNT ONE**

From on or about November 21, 2004, through on or about September 25, 2006, within the District of Columbia and elsewhere, **KHALED MOHAMED SHABBAN, also known as Khaled Rashad, also known as Khaled Mohamad Rashad Mohamed Mahmoud Shabban, also known as Khaled Mohamed Rashad Mohamed, also known as Mohamed Rashad Khaled**, did remove A.K.S., a child under the age of sixteen years, from the United States and did retain A.K.S., who had been in the United States, outside of the United States, with the intent to obstruct the lawful exercise of parental rights.

(**International Parental Kidnaping**, in violation of Title 18, United State Code, Section 1204)

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia