UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,       )
                                )
                                )
v.                              )   Crim. No. 06-290 (TFH)
                                )
KHALED MOHAMED SHABBAN,         )
                                )
                                )
    Defendant.                  )

### VERDICT FORM

We, the jury, unanimously find as follows:

As to Count I of the Indictment, violation of 18 U.S.C. § 1204 (International Parental Kidnapping), we find Khaled Mohamed Shabban:

___✓___ GUILTY                    _____ NOT GUILTY

6/21/07
Date

_____
FOREPERSON