UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 25 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S. )
)
vs. )   Civil/Criminal No. 06-290
)
Khaled M. Shabban )

NOTE FROM JURY

We Have Reached a Verdict

Date: 6/21/07

Time: 11:57

FOREPERSON

CO-109A