UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )   Cr. No. 06-0290 (TFH)<br>)<br>KHALED SHABBAN,           )<br>      Defendant.              )<br>                                      ) | |

## ORDER

The following schedule shall apply for sentencing proceedings:

(1) Shabban shall file any objections to the presentence investigation report by Friday, November 9, 2007;

(2) The final presentence investigation report shall be completed by Friday, November 16, 2007;

(3) Any sentencing memoranda and motions shall be filed by Wednesday, November 28, 2007; and

(3) The sentencing hearing will occur on Monday, December 3, 2007, at 10:00 a.m.

**SO ORDERED**.

October 30, 2007

                                                               Thomas F. Hogan
                                                                 Chief Judge