In The U.S. District Court
For the District of Columbia

**FILED**
SEP 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| United States of America ) | |
| ) | CR Case No. 06-290 |
| v ) | IN open court |
| Khaled Shabban ) | |
| Defendant ) | |

## Motion for Defendant to Retain Legal Papers

Defendant Khaled M. Shabban hereby moves this court to order him to retain his legal papers if he moves to another jail.

1. On September 25, 2006 the defendant was arrested at JFK Airport when he was coming with his 5 five year's Old son from Egypt to the United States,

2. Defendant is an Egyptian citizen and he does not have an American residence and has no one that he could send his legal papers if he was to be moved to another Jail. The U.S. Marshals are not going to allow him to carry his file jacket (legal papers) with him.

3. On March 26, 2007 was moved by mistake from CTF to New York and the US Marshal did not allow him to carry his legal papers, and his legal papers were destroyed.

**WHERE FOR, for the above and noted reasons the defendant respectfully requests that the court allow the Defendant to carry his legal paper work with him in the event of him being moved from facility to facility.**

Respectfully Submitted,

**Khaled Shabban**

IN the United States District Court
For The District of Columbia

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| V. | ) | Criminal No. 06-290(    ) |
| | ) | |
| **Khaled Mohamed Shabban** | ) | |
| | ) | |
| **Defendant.** | ) | |

-------------------------------------

**ORDER**

Upon Consideration of Defendant's Motion to retain legal papers, the memorandum of points and authorities in support thereof, any response thereto and the entire record in this matter, is this ---- day of October ,2007 hereby

   **ORDERED,**

-------------------------------------------------------------
**THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE.**