**FILED**
SEP 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN the United States District Court
For The District of Columbia**

| | |
|---|---|
| United States of America ) | |
| ) | |
| V. ) | Criminal No. 06-290(   ) |
| ) | |
| Khaled Mohamed Shabban ) | |
| ) | |
| Defendant. ) | |

In open court
/s/

## Motion for Defendant to keep his luggage in SAFE KEEPING

Defendant Khaled Shabban hereby this court to order the Government, to keep the Defendant's luggage.

1. On September 25, 2006 The defendant was arrested at JFK Airport when he was coming with his 5 five year's old son from Egypt to the United States, the FBI took all his bags and his son's bag's (4 four big bags) as evidence.

2. In these 4 bag, everything that Defendant owned in his life (legal papers in Arabic and English), and the defendant need all of this legal papers for his case and for himself, in Egypt and in America.

3. The FBI informs the defendant's Attorney that they are going to destroy this bags.

4. The defendant had some evidence in his bag it is very important for his case and for his APPEAL.

WHERE FOR, for the above and noted reasons, the defendant respectfully request that the court order the government to do not destroy the defendant's luggage.

Respectfully Submitted

KHALED M> RASHAD
PLAINTIFF

DCDC# 312227
1901 E STREET SE
WASHINGTON DC 20003

IN the United States District Court
For The District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| V. | ) | Criminal No. 06-290(     ) |
| | ) | |
| Khaled Mohamed Shabban | ) | |
| | ) | |
| Defendant. | ) | |

------------------------------------

## ORDER

Upon Consideration of Defendant's Motion to Keep his luggage in save keeping, the memorandum of points and authorities in support thereof , any response thereto and the entire record in this matter, is this ---- day of October ,2007 hereby

**ORDERED,**

-------------------------------------------------------------
THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE.