In The U.S. District Court
For the District of Columbia

**FILED**

SEP 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In open court
id

**United States of America** )
)
v                )     CR Case No. 06-290
**Khaled Shabban**       )
   **Defendant**        )

### Motion for Defendant to Secure Evidence located At Correctional Treatment Facility

Defendant Khaled M. Shabban hereby moves this court to order C.T.F/CCA. to keep his phone call that were recorded during the time between November 2006 to March 2007.

1. On or about September 28, 2006 Defendant Khaled Shabban was charged by way of indictment with violation of the International Parental Kidnapping Crime Act (18 U.S.C. 1204).
2. Defendant made some phone calls between him and his son's mother from C.T.F. and all these phone calls were recorded.
3. Defendant believes that phone calls are very important for his case and it can help the justice to find out the truth.

Wherefore, for the above and noted reasons the defendant respectfully requests that the phone conversations that were recorded be made available to him and his attorney.

Respectfully submitted,

Khaled Shabban

IN the United States District Court
For The District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| V. | ) | Criminal No. 06-290(    ) |
| | ) | |
| Khaled Mohamed Shabban | ) | |
| | ) | |
| Defendant. | ) | |

---

## ORDER

Upon Consideration of Defendant's Motion to secure evidence located at correctional treatment facility, the memorandum of points and authorities in support thereof, any response thereto and the entire record in this matter, is this ---- day of October ,2007 hereby

**ORDERED,**

------------------------------------------------------------
THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE.