UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 06-290 (TFH) |
| | : | |
| **KHALED MOHAMED SHABBAN,** | : | |
| also known as Khaled Rashad, | : | |
| also known as Khaled Mohamed Rashad | : | |
| **Mohamed Mahmoud Shabban,** | : | |
| also known as Khaled Mohamed Rashad | : | |
| Mohamed, | : | |
| **also known as Mohamed Rashad Khaled,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
### FOR SAFEKEEPING OF HIS LUGGAGE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully responds to defendant's motion for safekeeping of his luggage as follows:

1.    The defendant's motion seeks an Order requiring the government to keep the luggage that was taken from him following his arrest on September 25, 2006, as it contains papers he considers vital to his case.

2.    The contents of defendant's luggage includes voluminous documents, many of which were seized as evidence pursuant to a search warrant that was executed on December 15, 2006. Those documents seized as evidence will remain in government custody while this case is pending before this Court or on appeal.

3.    The remainder of the luggage contents consists primarily of numerous items of clothing. The government previously has offered, through defense counsel, to ship these items,

2

and any other miscellaneous items not seized as evidence, at government expense to an individual and/or address of defendant's choosing. Counsel was not able to provide the government with such an individual or address. The government's offer to return the contents of the defendant's luggage that were not seized as evidence to an individual and/or address of defendant's choosing remains open, should the defendant choose to avail himself of it.

4.  The government presently has no plans to destroy any of the contents of the defendant's luggage. Should the government's position in that regard change, the government will provide timely notice to the defendant prior to disposing of the luggage so that the defendant can make alternative arrangements for its disposition.

Wherefore, the government respectfully requests that the defendant's motion seeking an Order requiring the government to keep his luggage be denied.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:     /s/
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 514-7273
Angela. Schmidt@usdoj.gov