IN the United States District Court
For The District of Columbia

*Let this be filed 7forany(es) 11/3/07*

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| **V.** ) | Criminal No. 06-290(TFH) |
| ) | |
| **Khaled Mohamed Shabban** ) | **FILED** |
| ) | DEC 1 0 2007 |
| . **Defendant.** .) | NANCY MAYER WHITTINGTON, CLERK<br>U.S DISTRICT COURT |

### Motion for Defendant to have access to law library at Correctional Treatment Facility

**Defendant Khaled Shabban hereby this court to order the CCA / CTF, to allow the Defendant to have more access to law library.**

1. On September 28, 2006 the defendant was charged by way of International Parental Kidnapping, crime Act (18 U. S. C. § 1204).

2. ON June 22, 2007 the Defendant was found guilty for this fallow reasons:

   **a)** My public defender attorney did not bring my witness to court.

   **b)** My Public defender attorney did not bring all my evidence to court.

*Copies forwarded to the Court, Counsel for U.S.A and defense counsel on 12/10/07. M. L. Pugh*

RECEIVED

  **c)** My Public defender attorney did not cross-examine the government's witnesses because they gave a completely different testimony in court than what was in the original report.

  **d)** My public defender attorney had some tapes of recorded conversations between my son's mother and me (from jail) he did not bring them to court and I was not able to listen to them.

  **e)** My son's mother was on my side (trying to help me with money, trying to hire an attorney for me and allowed me to speak with my son by phone and she was paying for this phone calls) and you can see that on the tapes.

  **f)** The FBI is saying things that are not true about me, and I have the evidence showing they are not telling the truth.

  **g)** The government said that their witnesses called 911 in November 2004, but they have no record of the 911 about the alleged kidnapping.

  **h)** The individual at DC jail and CTF/CCA moved me by mistake to New York and they took my legal papers (including evidence for my case) and destroyed it. "I sent copy of the complaint."

3. On October 25, 2007 the Defendant fired his Attorney for (Ineffective of Council), and the Defendant decide to represent him self.

4. Defendant KHALED SHABBAN need to tape some motions, and letters and need to use a copy machine and review some of law books in the law library at CCA/CTF.

5. While the Defendant being detained at CCA/CTF and at CCA/CTF the Defendant, allow to visit the law library to use computers only once a weak to type latter or motions,

and if he need to make copies on copy machine, it takes two or three weeks.

WHERE FOR, for the above and noted reasons, the defendant respectfully request that the court order CCA/CTF to allow the Defendant to have more access to law library.

Respectfully Submitted

_____  November 20, 2007

KHALED MOHAMED SHABBAN
DEFENDANT

DCDC# 312227
1901 E STREET SE
WASHINGTON DC 20003