## IN the United States District Court
## For The District of Columbia

FILED

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America  )

V.  )

Khaled Mohamed Shabban  )

.____Defendant._____.)

Criminal No. 06-290( TFH  )

<u>Motion for Defendant to listen to the phone
converstations between  (Defendant and Ms. Hernandez ).</u>

<u>Defendant Khaled Shabban hereby this court to order the
Government to allow the Defendant to listen to his phone
conversations with Ms. Hernandez when he was in Egypt, and
when he was detained at CCA / CTF.  On the time between
November, 2006 to March 2007,</u>

1.    On September 28, 2006 the defendant was charged by way
of International Parental Kidnapping, crime Act (18 U. S.
C. § 1204).

2.    ON June 22, 2007 the Defendant was found guilty for this
fallow reasons:

**a)** My public defender attorney did not bring my witness to
court.

*Copies forwarded to the Court, counsel for U.S.A.
and defense counsel on 12/10/07  M. L. Pugh*

RECEIVED

NANCY MAYER

**b)** My Public defender attorney did not bring all my evidence to court.

**c)** My Public defender attorney did not cross-examine the government's witnesses because they gave a completely different testimony in court than what was in the original report.

**d)** My public defender attorney had some tapes of recorded conversations between my son's mother and me (from jail) he did not bring them to court and I was not able to listen to them.

**e)** My son's mother was on my side (trying to help me with money, trying to hire an attorney for me and allowed me to speak with my son by phone and she was paying for this phone calls) and you can see that on the tapes.

**f)** The FBI is saying things that are not true about me, and I have the evidence showing they are not telling the truth.

**g)** The government said that their witnesses called 911 in November 2004, but they have no record of the 911 about the alleged kidnapping.

**h)** The individual at DC jail and CTF/CCA moved me by mistake to New York and they took my legal papers (including evidence for my case) and destroyed it. "I sent copy of the complaint."

3.  On October 25, 2007 the Defendant fired his Attorney for (Ineffective of Council), and the Defendant decide to represent him self.

4.  Defendant KHALED SHABBAN, have made some phone calls between him and Ms. Hernandez from Egypt , and some other phone calls from CCA/CTF. all this phone calls are recorded ,the Defendant was  not allowed to listen to all this phone calls before his trail to be able for him to chose what is good for him in the trail.

**WHERE FOR**, for the above and noted reasons, the defendant respectfully request that, the court order Government to allow the Defendant to listen to this phone conversations.

Respectfully Submitted

_November 20, 2007_

KHALED MOHAMED SHABBAN
DEFENDANT

DCDC# 312227
1901 E STREET SE
WASHINGTON DC 20003