UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>KHALED SHABBAN     )<br>)<br>Defendant.      )<br>) | Case No. 06-290 (TFH) |

### MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE MOTION FOR NEW TRIAL

     Defendant, Khaled Shabban, through stand-by counsel, respectfully moves this Honorable Court, pursuant to Federal Rule of Criminal Procedure 33 (b)(2) for additional time, up until February 11, 2008, in which to file a motion for new trial in this case.  In support of this motion counsel states:

     1.  On December 10, 2007, the Defendant appeared for sentencing in the above captioned case. At that time, the Defendant, who is proceeding pro se in this matter, informed the Court that he intended to file a motion for new trial. The Defendant explained that he had repeatedly been denied access to the law library at CTF, had not been able to listen to all the audio tapes obtained by the Government in this case and had not received his case jacket from his trial counsel; therefore, the Defendant was not yet able to file his motion for new trial.

     2. The Court directed the Defendant to file a written motion for extension of time in which to file a motion for new trial.

     3.  The Defendant, in accordance with the Court's December 10, 2007, directive, hereby

requests additional time, up until February 11, 2008, in which to file a motion for new trial. This request is made pursuant to Fed. R. Crim. P. 33 (b)(2).

        Respectfully submitted,
        A.J. KRAMER
        Federal Public Defender


        /s/
        DAVID W. BOS.
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, DC  20004
        (202) 208-7500

## CERTIFICATE OF SERVICE

    I, David W. Bos, Assistant Federal Public Defender, hereby certify that I have served a copy of the attached Motion for Enlargement of Time in Which to File Motion For New Trial upon Angie Schmidt, Esquire, Assistant United States Attorney.

        /s/
        DAVID W. BOS
        Assistant Federal Public Defender

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 06-290 (TFH) |
| ) | |
| v. ) | |
| ) | |
| KHALED SHABBAN ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's motion for enlargement of time in which to file a motion for new trial, it is hereby

ORDERED that defendant's motion is GRANTED; and it is

FURTHER ORDERED that the Defendant's motion for new trial be filed by February 11, 2008.

SO ORDERED.

_____
THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD David W. Bos
AUSA Angela Schmidt