UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 06-290 (TFH) |
| ) | |
| v. ) | |
| ) | |
| KHALED SHABBAN ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's motion for enlargement of time in which to file a motion for new trial, it is hereby

ORDERED that defendant's motion is GRANTED; and it is this 14th day of December, 2007;

FURTHER ORDERED that the Defendant's motion for new trial be filed by February 11, 2008.

SO ORDERED.

_____
THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE

DATE: Dec. 14, 2007

Copies to:
AFPD David W. Bos
AUSA Angela Schmidt