IN the United States District Court
For The District of Columbia

| | |
|---|---|
| United States of America ) | |
| ) | |
| V. ) | Criminal No. 06-290( ) TFH |
| ) | |
| Khaled Mohamed Shabban ) | FILED |
| ) | |
| Defendant. ) | DEC 1 4 2007 |
| | Clerk, U.S. District and Bankruptcy Courts |

## NOTICE OF APPEAL

Notice is hereby given, that Khaled M. Shabban, the Defendant in the above-named case, herby appeals to the United States Court Of Appeal for the Federal Circuit from the final judgement entered on this action on 12-10-2007

Respectfully submitted

Khaled M. Shabban
Defendant
1901 E Streets, SE
Washington DC 20003

I hereby certify that a copy of the above notice has been served by mail on the following parties:

(1) The Office of the United States Attorney
555   4th Street N.W.
Washington DC 20530

(2) The United States Court of Appeals
For the District of Columbia
United States Courthouse
333 Constitution Avenue N.W.
Washington DC   20001

this ..12.... day of ..December...., 2007

_____
Khaled M. Shabban