IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

KHALED MOHAMED RASHAD

DEFENDANT.

Criminal No. 06-290

FILED

DEC 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR DEFENDANT KHALED MOHAMED SHABBAN TO HAVE
EXTRA TIME ( 60 DAYS ) FOR HIM TO BE ABLE TO FILE
another TRAILE
ONTHER MOTION FOR A NEW TRILE.

(1)
Defendant Khaled Mohamed Shabban ( in jail ) and the time and the law library are not under his control, one week for the Defendant is not enough to file motion for a new trile.
                                                                Trile

(2)
Defendant Khaled Shabban had typed some motion on the computer at law library at CCA/CTF, the Defendant are not able to print that motion to summit them to court, that because the printer is broken ( not working) before 12 days from this date 12-11 2007.

WHEREFOR, for the above and noted reasons, the Defendant respectfu--lly request that the court to allow the Defendant to have 60 days to be able to file motion for a new trile.
                                                                Trile

Respectfully Submitted

12-11-07

Khaled Mohamed Shabban