December 11, 2007

Khaled M. Rashad Shabban
1901 E. Street. SE.
Washington D.C. 20003
DCDC # 312-227

United States District Court
For the District of Columbia
Clerk Office
333 Constitution Ave. N.W.
Washington DC 20001

Dear Sir/Madam

Ihave been sentenced on December 10,2007, and because I did not understand English very will,Idid not understand all what the Judgesaid.   Please send for me Transcript for that day December 10 2007.

And I file Motions on October 25 2007 to retain my legal papers & to secure evidence located at CCA/CTF. What happened with Motions

FILED

? 0 2007

MOTION CLERK

Sincerely,

Khaled M. Rashad Shabban

Khaled Rashad
DCDC #312227
CTF
1901 E St., S.E.
Washington, D.C.  20003

Legal Mail

20001+2802

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

DEC 13

Legal

USA 41