IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KHALED MOHAMED RASHAD
DEFENDANT.

Criminal No. 06-290

CR 06 290-TFH

*[Handwritten annotation: "to be filed per stip. Motion granted TFH supplemental motion on new trial until Jan. 17, 2008 (Roger, C.D.) 12/17/07"]*

MOTION FOR DEFENDANT KHALED MOHAMED SHABBAN TO HAVE
EXTRA TIME ( 60 DAYS ) FOR HIM TO BE ABLE TO FILE
ANOTHER MOTION FOR A NEW TRIAL.

FILED
DEC 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1)
Defendant Khaled Mohamed Shabban ( in jail ) and the time and the law library are not under his control, one week for the Defendant is not enough to file motion for a new trile.

(2)
Defendant Khaled Shabban had typed some motion on the computer at law library at CCA/CTF, the Defendant are not able to print that motion to summit them to court, that because the printer is broken ( not working) before 12 days from this date 12-11 2007.

WHEREFOR, for the above and noted reasons, the Defendant respectfu-
-lly request that the court to allow the Defendant to have
60 days to be able to file motion for a new trile.

Respectfully Submitted

*[Signature]* 12-11-2007

Khaled Mohamed Shabban

DEC 1 9

Khaled Rashad
DCDC #312227
CTF
1901 E St., S.E.
Washington, D.C. 20003

Legal Mail

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

USA 41

DEC 13

Legal