IN the United States District Court
For The District of Columbia

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| **V.** ) | Criminal No. 06-290(TFH) |
| ) | |
| **Khaled Mohamed Shabban** ) | FILED |
| ) | |
| **.     Defendant.     .**) | 2007 |
| | NANCY MAYER-WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

*[handwritten annotations: "not typed final judgment entered 12/17/07 costs waived Hogan, C.J."]*

## NOTICE OF APPEAL

Notice is hereby given, that Khaled M. Shabban, the Defendant in the above-named case, herby appeals to the United States Court Of Appeal for the Federal Circuit from the final judgement entered on this action on ~~12-10-2007~~ *(sentence)* & 12-17-2007 TFH

Respectfully submitted

*[signature]*

Khaled M. Shabban
Defendant
1901 E Streets, SE
Washington DC 20003

*[handwritten at bottom: "No fees paid. Docketing Statement not submitted"]*

I hereby certify that a copy of the above notice has been served by mail on the following parties:

(1) The Office of the United States Attorney
    555 4th Street N.W.
    Washington DC 20530

(2) The United States Court of Appeals
    For the District of Columbia
    United States Courthouse
    333 Constitution Avenue N.W.
    Washington DC  20001

this ..11.... day of ..December...., 2007

Khaled M. Shabban

Khaled Rashad
DCDC #312227
CTF
1901 E St., S.E.
Washington, D.C. 20003

Legal Mail

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Nancy Mayer Whittington
USDC

DEC 13