IN the United States District Court
For The District of Columbia

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| **V.** ) | Criminal No. 06-290(TFH) |
| ) | |
| **Khaled Mohamed Shabban** ) | FILED |
| ) | |
| **. Defendant.** .) | 2007 |
| | NANCY MAYER-WHITTINGTON, CLERK |

## NOTICE OF APPEAL

Notice is hereby given, that Khaled M. Shabban, the Defendant in the above-named case, herby appeals to the United States Court Of Appeal for the Federal Circuit from the final judgement entered on this action on June 15, 2007

### MOTION TO SUPPRESS STATEMENT AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Respectfully submitted

Khaled M. Shabban
Defendant
1901 E Streets, SE
Washington DC 20003

*no fees paid*
*Docketing statement not submitted*

I hereby certify that a copy of the above notice has been
Served by mail on the following parties:

   (1) The Office of the United States Attorney
       555   4th Street N.W.
       Washington DC 20530

   (2) The United States Court of Appeals
       For the District of Columbia
       United States Courthouse
       333 Constitution Avenue N.W.
       Washington DC   20001

This 11 day of December, 2007

Khaled M. Shabban

Khaled Rashad
DCDC #312227
CTF
1901 E St., S.E.
Washington, D.C. 20003

Legal Mail

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

DEC 13

Legal