Khaled M. Rashad
Shabban

1901 E Street. SE.
Washington D.C. 20003
D.C.D.C. # 312-227
January 10, 2008

United States District Court
For the District of Columbia
Clerks Office
333 Constitution Avenue NW
Washington DC 20001

**FILED**
JAN 18 2008
Clerk, U.S District and
Bankruptcy Courts

Dear Sir / Madam

On October 25, 2007, the defendant fired his attorney Mr. Steven McCool and Mr. McCool asked the judge about the legal papers he had for the defendant. The judge told Mr. McCool to send all the legal papers belong to this case Criminal 06-290 and, the Defendant Khaled M. Rashad Shabban to the defendant at jail. Until January 11, 2007, the defendant has not received his legal papers from Mr. McCool. The defendant sent a letter to Mr. McCool on December 11, 2007 asking him about the legal papers. He did not answer. Please I need my legal papers to prepare myself for the new trial.

I also need the transcript for my court day on December 10, 2007. Please I have no attorney representing me in court, and in order for Me to get any legal assistant from any legal organization, I should not have any Attorney's name adds on my papers work;
Would you please do not add any of Mr. Dived boss, or Mr. Steven McCool, or Mr. Denial McNamara on my legal papers.

Thank you for helping me!

**RECEIVED**
JAN 14 2008
Clerk, U.S. District and
Bankruptcy Courts

Respectfully Submitted

Khaled M. Rashad Shabban

Khaled Reeshad
31222-7
1901 E St SE
Wash. DC 20003

legal Mail

Clerk, U.S. District Court
333 Constitution Avenue N.W.
Room 1225
Washington DC 20001

INDIGENT MAIL

Nancy Mayer Whittington
US District Court
JAN 14 2008

UNITED STATES POSTAGE
$00.890
PITNEY BOWES
02 1A
0004397879
MAILED FROM ZIPCODE 20003
JAN 11 2008