## IN the United States District Court
## For The District of Columbia

United States of America    )

                    )

V.                          )     Criminal No. 06-290( TFH )

                    )

Khaled Mohamed Shabban    )     Appeal No.

                    )

.     Defendant.         .)

*Let this be filed. Hogan CJ; 1/17/08*

## FILED
### JAN 18 2008
Clerk, U.S. District and
Bankruptcy Courts

### NOTICE OF APPEAL

Notice is hereby given, that Khaled M. Shabban, the
Defendant in the above-named case, herby appeals to the
United States Court Of Appeal for the Federal Circuit from
the final judgement entered on this action on *June 19, 2007*

### DEFENDANT'S MOTION TO STRIKE SURPLUS AGE FROM THE INDICTMENT
### INDICTMENT AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Respectfully submitted

*1/10/08*

Khaled M. Shabban
Defendant
1901 E Streets, SE
Washington DC 20003

## RECEIVED
### JAN 1 4 2008
Clerk, U.S. District and
Bankruptcy Courts

**I hereby certify that a copy of the above notice has been served by mail on the following parties:**

    **(1)   The Office of the United States Attorney**
          **555   4th Street N.W.**
          **Washington DC 20530**


    **(2)   The United States Court of Appeals**
          **For the District of Columbia**
          **United States Courthouse**
          **333 Constitution Avenue N.W.**
          **Washington DC   20001**


**this .10.... day of .January...., 2008**


**Khaled M. Shabban**

Khaled Rashad
31222 7
1901 E St SE
Wash. DC 20003

legal Mail

Clerk, U.S. District Court
333 Constitution Avenue N.W.
Room 1225
Washington DC 20001

Nancy Mayer Whittington
U.S. District Court
JAN 14 2008

INDIGENT MAIL
INDIGENT MAIL



UNITED STATES POSTAGE
$ 00.89°
PITNEY BOWES
02 1A
000437879    JAN11 2008
MAILED FROM ZIP CODE 20003