IN the United States District Court
For The District of Columbia

| | |
|---|---|
| **United States of America** ) | *Let this be filed. Hogan, C.J. 1/17/08* |
| ) | |
| **V.** ) | Criminal No. 06-290(TFH ) |
| ) | |
| **Khaled Mohamed Shabban** ) | Appeal No. |
| ) | |
| **. Defendant.** .) | **FILED** JAN 18 2008 Clerk, U.S. District and Bankruptcy Courts |

## NOTICE OF APPEAL

Notice is hereby given, that Khaled M. Shabban, the Defendant in the above-named case, herby appeals to the United States Court Of Appeal for the Federal Circuit from the final judgement entered on this action on JUNE 19, 2007

<u>DEFENDANT'S MOTION TO SUPPRESS TANGIBLE EVIDENCE
WITH INCORPORATED MEMORANDUM OF POINTS AND
AUTHORITIES</u>.

Respectfully submitted

1/10/08 [signature]

Khaled M. Shabban
Defendant
1901 E Streets, SE

**RECEIVED**

JAN 14 2008

Clerk, U.S. District and
Bankruptcy Courts

Washington DC 20003

I hereby certify that a copy of the above notice has been served by mail on the following parties:

(1)  The Office of the United States Attorney
     555   4th Street N.W.
     Washington DC 20530

(2)  The United States Court of Appeals
     For the District of Columbia
     United States Courthouse
     333 Constitution Avenue N.W.
     Washington DC   20001

this 10..... day of ..January......., 2008

1/10/08

Khaled M. Shabban

Khaled Rashad
312227
1901 E St SE
Wash. DC 20003

legal Mail

Clerk, U.S. District Court
333 Constitution Avenue N.W.
Room 1225
Washington DC 20001

Nancy Mayer Whittington
US District Court
JAN 14 2008

INDIGENT MAIL

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
00043978790
MAILED FROM ZIP CODE 20003
$ 00.890
JAN11 2008