IN the United States District Court
For The District of Columbia

**FILED**

JAN 1  2008

Clerk, U.S. District and
Bankruptcy Courts

United States of America    )

)

V.    )    Criminal No. 06-290( TFH )

)

Khaled M. Rashad Shabban )

.     Defendant     . )

## DEFENDANT KHALED M. RASHAD SHABBAN'S
## MOTION FOR NEW TRAIL

**On December 10, 2007 Defendant Khaled M. Rashad Shabban
was sentencing to three years for International Parental
Kidnapping in violation of 18 U.S.C.§1204 (a) and, for this
reasons below Defendant Khaled M. Rashad Shabban
respectfully request that the court order for the Defendant
<u>New trail</u>**

### Reason No. 1
On October 17, 27, 2006 and, on November 7, 16, 2006
And, on December 12, 2006, I have told the Judge in the courtroom that I
have some evidence in my luggage (in the FBI's custody) I need it for my
case and I still need it for my new trail.

### Reason No. 2
I have more than five witnesses, none of them is friend or relative to me, and
I need them to testify in court.

### Reason No. 3
Special agent Shane Dana recorded my phone conversation between my
son's mother, and me when I was in Egypt, I did not listen to any of those
taps, at least to choose what is good for me in the trail.  There is vital
evidence on this taps.

### Reason No. 4

**RECEIVED**

JAN 1 4 2008

Clerk, U.S. District and
Bankruptcy Courts

I have some phone calls from JAIL (CCA/CTF) between my son's mother and me on the time between November 9, 2006 to March 26, 2007, and all these phone calls are recorded at the Facility, I did not listen any of those taps, all this phone calls are important evidence for me and they are not against my son's mother.  My son's mother did the right thing when she contacted the FBI and the police.

## Reason No. 5

While I was in Egypt, I had been speaking with Ms. Hernandez (on the internet yahoo messenger).  On June 2006 I had recorded conversation between me and Ms. Hernandez,  I informed her before I start recording that I am going to record this conversation and I asked her to say her name, date of birth and the date and the time of this conversation. Again, this conversation is important evidence for me and it is not against my son's mother.  My son's mother did the right thing when she contacted the FBI and the police.

## Reason No. 6

The Egyptian Embassy in Washington DC had my prove that I did not gave my son a different name or me in order to travel to Egypt with my son. On December 30,2007,  I have sent letter to the Egyptian embassy in Washington DC, asking them to send for me a report to explain the court the issue of giving my son the name Ayman Khaled Rashad not Ayman Khaled Shabban.  And why my name Khaled Mohamed Rashad Mohamed Mahmod Shabban become a short as Khaled Mohamed Rashad Mohamed.

## Reason No. 7

Vienna Convention on Consular relations and my Fifth Amendment for my phone rights were violated by Special agent Shane Dana.
Vienna Convention on Consular Relations; Guarantees the right of a foreign national to contact his consulate when detained in a signatory state.
I asked the FBI agent Shane Dana to allow me to make a phone call to my embassy before any questions, but the FBI agent did not allow me to call for a counsel or my embassy before questioning me in violation of my Fifth Amendment and Vienna Convention on Consular Relations.  In ideation, when I was in DC jail, I went on a hunger strike on October 28, 2006 for 13 days because I was not allowed to make ANY phone calls.  Arrested on September 25, 2006, I was allowed to make my first phone call on November 9, 2006 this is a 45 days time difference.

S.A. Dana said to the court that he did not remember if I requested to call my embassy or counsel before question me or after!

**Reason No. 8**

**The FBI used strong-arm tactics with my son's mother to make her testify against me that because the FBI realized that there was no case to prosecute.**

While I was in Egypt with my son, we were in contact with my son's mother via telephone and my son even sang to her on the phone. We were also in contact everyday via the Internet. My son's mother was even sending money to me via Western Union, and toys, cloths, books for the child; I never attempted to hide myself or my son from his mother. And after me and my son came back to USA and, after I got arrest on September 25, 2006, My son's mother was on my side (trying to help me with money, trying to hire an attorney for me and allowed me to speak with my son by phone and she was paying for this phone calls) and you can see that on the tapes that were recorded at CCA/CTF

The FBI used strong-arm tactics with my son's mother to make her testify against me. This all comes down to confusion between parties involved and more importantly a language barrier between me and the prosecution.

**Reason No. 9**

**The FBI is saying things that are not true about me, and I have the evidence showing they are not telling the truth.**

I did not say this entire thing to the S.A. Dana, in my statement that I gave to him on September 25, 2006 (when he arrested me). S.A. Dana was asking me and helping me for the answer and the English.

S.A. Dana said, that I told him that Ms. Hernandez agreed to give the child a Muslim name, but changed her mind after the events occurring on September 11, 2001, believing it would cause the child's life to be difficult, I didn't say that to S.A. Dana and that is not true, because my son has his non Muslim name on September 7, 2001 that before September 11, 2001.

S.A. Dana say that I told him If I wanted I could have left my son in Egypt with my mother and I come alone to USA to see if I would get arrested, but I didn't.    And I did not say that to Sergeant Dana, and because my mother dies 22 years ago.

**Reason No. 10**

The Government's witness gave a completely different testimony in court than what was in the original report.

In addition, the government said that their witnesses called 911 in November 21, 2004, but they have no record of the 911 call about the alleged kidnapping, and all what they had a police report filed on November 22, 2004, after my son and I traveled to Egypt on November 21, 2004.

## Reason No. 11

On August 28, 2007, I have sent to the court motion for ineffective assistance of counsel and why the jury found me guilty and I am listing 8 reasons why I was found guilty.
They are all-important and weigh heavily on my case.

     1. My public defender attorney did not bring my witness to court.

     2. My Public defender attorney did not bring all my evidence to court.

     3. My Public defender attorney did not cross-examine the government's witnesses because they gave a completely different testimony in court than what was in the original report.

     4. My public defender attorney had some tapes of recorded conversations between my son's mother and me (from jail) he did not bring them to court and I was not able to listen to them.

     5. My son's mother was on my side (trying to help me with money, trying to hire an attorney for me and allowed me to speak with my son by phone and she was paying for this phone calls) and you can see that on the tapes.

     6. The FBI is saying things that are not true about me, and I have the evidence showing they are not telling the truth.

     7. The government said that their witnesses called 911 in November 2004, but they have no record of the 911 about the alleged kidnapping.

     8. The individual at DC jail and CTF/CCA moved me by mistake to New York and they took my legal papers (including evidence for my case) and destroyed it. (my attorney did nothing about this incident)

## Reason No. 12

On March 26, 2007 while being detained at CTF on pre-trial status, I was notified to bag my property and report to R&D for federal removal. I informed the individual that there must be a mistake because I was still dealing with my case.
I left all my property, canteen, clothes, and religious/personal books. The Unit Officer (Unit E-1/A) informed me that the only thing that I could take with me would be my legal papers.

Subsequently, they took me downstairs to R& D CCA/CTF with my legal papers, which contained vital evidence for my case, and then they took me to R&D at DC jail. I had told every officer in R&D's, CTF, and DC Jail that there must be a mistake because I still had an open case in Court that was in the process of going to trial.

In DC jail, two US Marshals took my "file jacket" which contained legal papers and evidence for my case, and they said, "You cannot take this trash with you". I tried to explain to the US Marshals that there was a mistake and I need the legal papers for my case. In addition, I informed them I was still in Court dealing with my case. They threatened me to follow orders or there would be "repercussions!"

After being taken to FDC Philadelphia, I went on a four (4) day hunger strike to protest and get someone to investigate my case in Court. The officer in Philadelphia's R&D informed me: "If you don't have any case in New York, they will deport you to your country because you are going to MCC at New York." That is why I went on a hunger strike because I did not want to leave the US before going to trial.

During my hunger strike, the individuals at FDC Philadelphia called around and found out that there was a mistake and I should not have been moved. The DC Court and U.S. Marshal Service were called and I was immediately picked up and driven back to the District of Columbia . Instead of taking me back to CTF, I was  dropped off at DC Jail on April 4, 2007.

Employed individuals at CTF, DC jail and the US Marshal Service caused me to lose valuable evidence in my case, property, books, clothing, and commissary.  Likewise, they transported me out of State to experience painful and unnecessary hardships trying to get back to DC before my scheduled court date.

**Reason No. 13**
My charge is International Parental kidnapping 18  USC § 1204 Whoever removes a child from the United States or retains a child (who has been in the United States) outside the United States **with intent to obstruct the lawful exercise of parental rights** shall be fined under this title or imprisoned not more than 3 years or both.

My son and I traveled to Egypt for treatment, because my son had a speech impediment. This impediment stemmed from the result of me being Egyptian and speaking Arabic, and his mother being from Mexico and speaking Spanish. Consequently, living in America allowed him to attend public school where the language was English. Therefore, he was confused about his language and this was truly causing him all sorts of problems.

My son has the following condition; "Lingual Silence, Difficult Speaking, Expression Defects, and Understanding Others." This means that there are no physical or mental defects but all he has to deal with language barriers. The Therapist recommended that he should deal with only one language.

As a direct result of the aforementioned problems my son had no friends, whether in or out of school, he had become a total introvert. He knew nothing about the names of the other children, he did not play with them because they could not understand each other, he was always alone and sad. He did not speak to them; he did not speak to his mother or me. My son would only use gestures in dealing with others. He cried and shouted, we could not understand him. In addition, he was growing and growing without learning.

The social worker and teachers at my son's school said that my son was "slow" that he should be put into some kind of "Special Education" class. I explained to them that my son is not "mentally retarded" but if he was to be put into such a class, he would become mentally retarded by association!

During this period, my child knew little of some "basic Arabic." His social worker and teachers asked me for a list of some Arabic words that they could use in dealing with him. After all, my son just had a language barrier, and I knew it, I just could not get anyone else in America to understand that. Therefore, I refuge to Egypt, where he and I could get assistance from a language and people that we could understand.

While in Egypt, my son was getting language therapy, I enrolled him in school where he participated in the Swimming Club and Karate team. The Therapist would gather the children from my home as well as the neighborhood children to engage them in all sorts of language games with members of my family. He became extroverted and started to play with the other children. For the first time I could see my son happy and normal as any other child. The therapist had recommended that my child speak and

concentrate on one language and my son understood and comprehended Arabic very well. His mother was surprised when she was calling us and listening to her son speaking.

For that reason, my son, (after 5 months of therapy in Egypt) made friends, played games, spoke very good Arabic, and was even able to speak some English. No longer was he the introverted child that suppressed his feelings. His mother was very happy for that.

After my son was successful with the therapy, and started to speak well. I was not able to come back to the United States Ms. Hernandez, thought that I am going to keep my son with me in Egypt, even I promised her that if I could not get a VISA to come back with my son to the USA, I would send my son alone to the USA. (I tried two times to send my son alone to his mother and his mother and the FBI did not deny that in the court.)
I have Transcript of one the taps that S.A. Dana has recorded for me when I was in Egypt with my son, and you can see how I was dealing with my son's mother and how I was speaking to her, even I'm in my country Egypt, with my son, with my family, I never treated her or but her under pressure, and you can see also that I care about my son's feeling and his right and his mother's feeling.

## Transcript of tape 25 page 2

Mr. SHABBAN. I'm going, I'm going, I'm going to send it because I keep my word and because I want my son to be more happy. Okay?

Mr. SHABBAN. I don't know, but he has to be with you. He has to know you. But I never take you out of his mind, and your name, and your voice. He never said to anybody, "mommy".

## Transcript of tape 25 page 3

Ms. HERNANDEZ. No, Camacho, I told you ---

Mr. SHABBAN. That's all. That's all. I'm giving you (indiscernible). I have him here in my country, nobody in the world, in the world can have him, can take him out of my hands. Only one. It's him.

He's asking you with out no question, he's asking me, " daddy where is mommy?" Before he asking me this question, I have to show him his mommy. It's his right, you know? I cannot just be happy, with my son hurt no way. Be smart, Chamaca.

## Transcript tape 25 pages five and 6

After I found out that I can not get a VISA to come back with my son to USA, me and my son's mother had agree that I send my son alone to USA and then they (my son and his mother )will visiting me in Egypt until I be able to come back to America.

Mr. SHABBAN. I give you my word. I went to Embassy. I take the, the form. I send it to you and I wait for the form back from you and I will call again to the Embassy. I get my son passport and I get the ticket from my own money and I then send back to you with his all clothes. I wish you have enough (indiscernible) space, I mean enough space for some toy and clothes when I sent it back to you.

Mr. SHABBAN. He needs you. Only you.

Ms. HERNANDEZ. Yeah

Mr. SHABBAN. Only you. (Indiscernible) the phone or face to face. Or in you house. I don't know. But he need you. He still need you.

Ms. HERNANDEZ. Yeah. me too, Chamaco. I need him too.

Mr. SHABBAN. I did my best. I brought my son in (indiscernible) my son, my son still needs his mommy. I fuck myself. I fuck everybody. My son needs his mommy and needs his daddy. I cannot come. But very soon, you will have the way to came, Chamaca, the right to came and to go. Think good. I have given my word. I swear to keep my word. I never take my word (indiscernible.).

Ms. HERNANDEZ. Right.
Mr. SHABBAN. Think good. Very soon, you're going to have the way, the right to come and to go.

Ms. HERNANDEZ.  Yes, as long as I have that (indiscernible), we can go together to see you.

Mr. SHABBAN.   ( indiscernible) was thinking about it and (indiscernible) I,m going to send Ayman to you , but think good , don't think (indiscernible) , so please.

That was one of the five Transcripts tapes the government offer it to me, and I have more evidences on the other tapes that was not given to me, the court should listen to them or at least gave me chance to listen to my conversation that the FBI agent Dana has recorded to me with out the permeation from the court.

I did my best for my son.  I helped him to speak and I spent all my money for the therapy doctors and teachers, just to help my son to speak.  I am not a rich man, and after the therapy was successful with my son and my son became a good speaker, I have tried two times to send my son to USA to his mother alone.  However, my son was not old enough to travel to the USA alone.  I was not permitted to return to the USA; I had been interviewed on November 18, 2004 for my green card.  On November 21, I had left for Egypt.  While I was in Egypt, my immigration attorney informed me that my application was denied.  I was informed at the time it would be ten years before I could reapply for a green card.  My only option for return to the USA would be to obtain a Visa from the U.S. Embassy in Cairo Egypt.

I worked with all available resources to obtain my Visa, I wrote to Congressman Albert Wynn of MD and I was in constant contact with the embassy.  All of this was in effort to return my son to his mother and his country.  I finally received my Visa on September 20, 2006.  I returned to the USA on September 25, 2006.  I knew that I would be arrested upon my arrival, but I brought my son back, regardless of the consequences to myself.

My friends have informed me that the police in Washington, D.C. had been looking for me.  When I asked the reason of their inquiry, my son's mother informed me that my son's school and social worker had reported him missing.  Again, regardless of the police inquiry, and the charges against me I came back to the U.S.A. with my son.  It is his right to be with his mother and his father in the country where he was born.

I never attempted to hide myself, or my son from his mother. While we were in Egypt we were in contact via telephone and my son even sang to her on the phone. We were also in contact everyday via the Internet. His mother was even sending money to me via Western Union. At one point
All of my problems stem from the love for my son. I was only trying to rehabilitate him and enable him to speak like all other children. When he retuned to the USA he was much better, and I was put in jail not only for helping my son, but for bringing him back to his mother. I am unable to assist in my defense because I do not understand the language or the laws well enough in this country. Further, I am unable to hire an attorney because I have no money.

I ask you all to consider this: I am an Egyptian citizen, if I had kidnapped my son, and I took him to Egypt, why would I return him to the USA. If I truly had any devious motives would I have allowed myself to be arrested, jailed, and now possibly deported, all to return my son home to his mother?

I believe that in the end the government realized that there was no case to prosecute. I believe that the FBI used strong-arm tactics with my son's mother to make her testify against me. This all comes down to confusion between parties involved and more importantly a language barrier between me and the prosecution.

**Wherefore**, I am requesting my constitutional rights to be hard, and your attention to this case is important. A family is going to be separated. My trial was not fair and justice is not being served. I ask again for my legal rights to be protected.

RESPECTFULLY SUBMITTED

---------------------------------------------

KHALED M. RASHAD SHABBAN

12

I hereby certify that a copy of the above notice has been
Served by mail on the following parties:


(1)    The Office of the United States Attorney
       555   4th Street N.W.
       Washington DC 20530


(2)    The United States Court of Appeals
       For the District of Columbia
       United States Courthouse
       333 Constitutions, Avenue N.W.
       Washington DC   20001


This ---12-----day of January----, 2008

1/10/08

**Khaled M. Rashad Shabban**

Khaled Roshad
31222 7
1901 E St SE
Wash. DC 20003

legal Mail

Clerk, U.S. District Court
333 Constitution Avenue N.W,
Room 1225
Washington DC 20001

Nancy Mayer Whittington
U.S. District Court

JAN 14 2008

INDIGENT MAIL



UNITED STATES POSTAGE
PITNEY BOWES
02 1A
00043978 79
$ 00.89⁰
JAN 11 2008
MAILED FROM ZIPCODE 20003