Khaled M. Rashad Shabban
1901 E Street. S.E.
Washington D.C. 20003
D.C.D.C. # 312-227
January 14, 2008

United States District Court
For the District of Columbia
Clerks Office
333 Constitution Avenue NW
Washington DC 20001

**FILED**

JAN 24 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Sir / Madam

I am a defendant with little command of the English language and, U.S. legal system.
I am defendant who is presenting him self, I cannot offer an attorney, and I have no family in USA, and I cannot get any help from my friend because of their concern from the FBI. I do not know what to do with my case Criminal 06-290 I do not know when I have to filed motions, and how I get response for my motions, and what I should do if I did not receive any response for my motions, and what kind of motion I should file if I did not get response.
Please inform me what happen with these motions below:

(1.)    **Motion for Defendant to Secure Evidence located At Correctional Treatment Facility.**

(2.)    **Motion for Defendant to listen to the phone conversations between (Defendant and Ms. Hernandez ).**

(3.)    **Motion for Defendant to Retain Legal Papers.**

Respectfully Submitted

_____
Khaled M. Rashad Shabban

**RECEIVED**

JAN 2008

Clerk, U.S. District and
Bankruptcy Court