**RECEIVED**
mlp
FEB 19 2008
Clerk, U.S. District and
Bankruptcy Courts

[handwritten notations: "Let this be filed" / "Hogan" / "2/19/08"]

CR 06-290-TFH
Khaled M. Rashad Shabban
DCDC # 312227
Fedral # 64104053
FDC Philadelphia
P.O. Box 572
Philadelphia, PA 19105
February 2, 2008

**FILED**
FEB 19 2008
Clerk, U.S. District and
Bankruptcy Courts

Clerk Office
U.S District Court
For the District of columbia
333 Constitution Avenue NW
Washington D.C. 20001

Dear Sir / Madam

On January 30, 2008, they moved me to FDC Philadelphia and the U.S. Marshal did not allow me to carry my legal papers. I am a Defendant who is presenting him self, and I have typed too many motions for my Cases "CR-06-290, CV-07-1673. Also, I have my appeal is ready to be send to the court of appeal. Also I have my legal mail that I recived from court or I sent to the court or any other Department. Also I have a very important information in my legal papers. I asked the U.S. Marshal to allow me to carry my legal papers because I have no one in USA to send to him my legal papers and I am Presenting my self, I was forced to fallow order.

I am a defendant who did not speak English very good, and I do not Understand the legal systeem in the United states, and in order for me to type my appeal and my motion" I was paying my Jail's food to the inmates in my Unit for helping me with the language. My qustion is, How I defend my self? How I show the court that I am innocent? If I lose my legal papers and my phone access and my access to law library and my legal mail, "I am presenting my self"

1.) I need my legal mail that I should recived at CCA/CTF.
2.) I need a copy of my court order to have access to law library to be

RECEIVED FEB 19 2008 Clerk, U.S. District and Bankruptcy Courts

Faxed to FDC Philadelphia or to my next stop because they are going to move me again.

3) I need my disck "Computer disck" in the law library at CCA/CTF.

4) My legal papers are in the R+D at DC Jail, and they are going to hold my legal papers for 15 days only and they are waiting for Mr David Bos "my stand by attorney" to pick up my legal papers from R+D at DC Jail before February, 12, 2008.

5) I need my legal mail to be send to me at FDC Philadelphia or at my next stop "I do not know where is my next stop"

7) I do not know if I am able to be back in CCA/CTF.

8) I filed motion for New Trail, I did not recived the response from the court.

9) I need my legal right to be protected, and my Constitution right to be heard.

10) I never lose my trust in the U.S. legal systeem.

Respectfully Submited

Khaled M. Rashad Shobban
DCDC # 312227
Fedral # 64104053
FDC Philadelphia
P.O. Box 57   
Philadelphia, PA 19105

I sent copy of this letter
to my stand by attorney
Mr. David Bos
Public Defender Attorney
625 Indiana Ave. NW Suite 550
Washington DC 20001

Khaled M. Rashad shabban
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19105
# 64104053 - 5 North

legal mail

Received Mail Room
FEB - 7 2008
Nancy M...
US Dist...

PHILADELPHIA PA 191
05 FEB 2008 PM 5 T

"LET US DARE TO...
THINK, SPEAK
John Adams, 1...
powerofthe...

USA FIRST-CLASS FOREVER

Clerk Office
United States District Court
for the District of Columbia
333 Constitution Avenue NW
Washington DC 20001