United States District Court
For the District of Columbia

United States of America )
)
)
)                Criminal Case No. 06-290 TFH
V.            )
)
)
Khaled M. Rashad Shabban )
Defendant.          )

**Defendant Khaled M. Rashad Shabban's Motion to the Court to Order the Government to Inform the Defendant with the Status of his Luggage and not to DESTROY the <u>Defendant's Luggage</u>**

FILED
MAR 24 2008
Clerk, U.S. District and Bankruptcy Courts

Copies to: Judge
AUSA – Special Proceedings
Dft.

On September 25, 2006, the FBI arrested the Defendant Khaled M. Rashad Shabban, in JFK Airport/New york when the Defendant was coming with his Five Years old son, from Egypt to America.
The FBI took custody of the Defendant's Luggage (4 big travel bags).

The Defendant had in his luggage every thing is important and is much needed in his life, because he had collected all what he have is important and expensive in his home in Egypt and took it with him in his luggage.
The Defendant have in his luggage, his legal and personal papers, and he have a very important documentation that can help him to prove his rights in his country, and without this documentation he cannot prove that he own his house and business and his money. The system in Egypt is different then America, in Egypt any one is able to lose his home, business and money if he don't have legal papers to aprove that he is the owner and he might go to jail.

Also, I have in my luggage a very important evidence for my case, I still needed.

On October 25, 2007,"I filed motion requesting from the Court to order the government to do not destroy my luggage because I have evidence in my luggage", the government responce was that;
> The government have no plan to destroy the defendant's luggage at this time(October 25, 2007), and also they said that they are going to inform the Defendant with any new decision about his luggage.

I am in the Appeal procedures in my case, and I have important and serious evidence and information in my luggage. Moreover, if I lose my legal papers that I need it in my Country I will be HOMELESS.

I am in jail and I am not guilty, and I am trying to prove that I am innocent, PLEASE do not DESTROY me in America and in Egypt by DESTROYING my luggage.

RECEIVED
MAR 24 2008
Clerk, U.S. District and Bankruptcy Courts

(1)

Werefore, for this reasons I respectfully request that the Court to order the government to return all what they took from my luggage as a evidence for them.

I respectfully request that the Court to order the government to inform me with the status of my luggage and how I will recived it after my case is finished or after I deported.

I respecfully request that the Court to order the government to do not DESTROY my luggage.

Respectfully Submitted

_____ on March 17, 2008

khaled M. Rashad Shabban

Reg. No. 641-040-53
Mashannon Valley Correctional Center
555 I. Cornell Drive
Philipsburg,    PA   16866

Khaled M. Rashad Shabban
Reg. No. 641-040-53
Mashannon Valley Correction Center
555 I Cornell Drive
Philipsburg, PA 16866

"Legal Mail"

Clerk's Office
United States District Court
For the District of Columbia
333 Constitution Avenue N.W
Washington DC 20001

MAR 24 2008

02 1A
000461663I        $ 00.41⁰
MAILED FROM ZIP CODE 16866
UNITED STATES POSTAGE
PITNEY BOWES
MAR 20 2008