**United States District Court**
**For the District of Columboia**

| | |
|---|---|
| United States of America ) | |
| ) | Copies to: Judge |
| ) | AUSA – Special Proceedings |
| ) | Dft. |
| V. ) | Criminal Case No. 06-290 *TFH* |
| ) | Appeal No. 07-3138 |
| ) | |
| ) | **FILED** |
| Khaled M. Rashad Shabban ) | APR 3 0 2008 |
| Defendant. ) | Clerk, U.S. District and Bankruptcy Courts |

The Defendant Khaled M. Rashad Shabban's Motion to the Court to order his fired attorney Mr. Steven Mc Cool to send all legal papers he have it for the Defendant to the Defendant.

On October 25, 2007 the Defendant has fired his attorney Mr. Steven McCool in the Courtroom.
The Judge told Mr. McCool to send all the legal papers he have it and he recived from The Court to the Defendant. The Defendant waives his right to counsel, and he decide to presenting him self.

On November 30, 2007 I have sent letter to Mr. McCool to ask him about my legal papers, but he did not answer me.

On January 18, 2008, I have sent to the Court motion in the form of letter, requesting my legal papers to prepare my self for the new trial, or the Appeal.
I am a Defendant who is presenting him self and he have no legal papers, **PLEASE I need** my legal papers that Mr. Steven McCool have it for me.

Respectfully Submitted

**RECEIVED**
APR 3 0 2008
Clerk, U.S. District and Bankruptcy Courts

Khaled M. Rashad Shabban
Reg. No. 64104-053
Mashannon Valley Correction Center
555 I Cornell Drive
Philipsburg, PA 16866
April 22, 2008

Khaled M. Rashad Shabban
Reg. No. 64104-053
Mashannon Valley Correction
         Center
555 I Cornell Drive
Philipsburg,  PA 16866

Legal Mail



Clerk's Office
United States Distr
For the District o
333 Constitution Av
Washington D.C, 200

20001+2858