UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         : | |
| :                                       | |
| v.                                    : | **Criminal No. 06-290 (TFH)** |
| :                                       | |
| **KHALED MOHAMED SHABBAN,**           : | |
| also known as Khaled Rashad,          : | |
| also known as Khaled Mohamed Rashad   : | |
| Mohamed Mahmoud Shabban,              : | |
| also known as Khaled Mohamed Rashad   : | |
| Mohamed,                              : | |
| also known as Mohamed Rashad Khaled,  : | |
| :                                       | |
| **Defendant.**                        : | |

**GOVERNMENT'S MOTION TO REDACT PERSONAL IDENTIFIERS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following request to redact personal identifiers from the transcript of the motions hearing conducted on June 15, 2007, and its reasons in support of such request:

1.   On June 21, 2007, defendant was convicted following a jury trial of International Parental Kidnaping in violation of 18 U.S.C. § 1204(a). The conviction stems from defendant's removal of his three-year-old child to Egypt on November 21, 2004, in violation of a D.C. Superior Court Consent Custody Order, and his retention of the child in Egypt for twenty two months thereafter.

2.   On June 15, 2007, this Court conducted an evidentiary motions hearing at which defendant testified. A preliminary transcript of that testimony recently was made available for review by the parties to determine whether any personal identifiers should be redacted from the

2

transcript before it is made public on PACER. In reviewing that transcript, the undersigned Assistant located four instances in which the first name of the child victim in the case appears.[1] In order to protect the identity of the child victim, the government respectfully requests that the Court enter the attached Order directing the court reporter to substitute the child's initial (or initials) for the child's name on each instance in which the child's name appears in the transcript.

                                  Respectfully submitted,

                                  JEFFREY A. TAYLOR
                                  United States Attorney

By:           /s/
                     ANGELA G. SCHMIDT
                     Assistant United States Attorney
                     Texas Bar No. 17764980
                     Federal Major Crimes Section
                     555 4th Street, N.W., 4th Floor
                     Washington, D.C. 20530
                     (202) 514-7273
                     Angela. Schmidt@usdoj.gov

---

[1] The child's first name appears on page 34 of the transcript at lines 11, 12, 21 and 24.

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Criminal No. 06-290 (TFH) |
| : | |
| **KHALED MOHAMED SHABBAN,** : | |
| also known as Khaled Rashad, : | |
| also known as Khaled Mohamed Rashad : | |
| Mohamed Mahmoud Shabban, : | |
| also known as Khaled Mohamed Rashad : | |
| Mohamed, : | |
| also known as Mohamed Rashad Khaled, : | |
| : | |
| **Defendant.** : | |

**O R D E R**

Upon motion of the government in the above-captioned case requesting that the Court direct the court reporter to redact personal identifiers from the transcript of the motions hearing conducted on June 15, 2007, and good cause appearing, it is hereby:

ORDERED that before the transcript of the motions hearing is made public on PACER, the court reporter shall substitute the initial (or initials) of the child victim for the child's name on each occasion in which the child's name appears in the transcript.


Dated: _____    _____
THOMAS F. HOGAN
United States District Court Judge

cc:   Wendy Ricard
      Court Reporter